BENJAMIN B. WAGNER
United States Attorney
PATRICK R. DELAHUNTY
Assistant United States Attorney
2500 Tulare St., Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 4974575

Attorneys for Plaintiff
United States of America

SEALED

FILED
SEP 03 2015
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> JUAN ORTIZ RIVAS, et al, <br><br> Defendant. | CASE NO. 1:15-CR-233-LJO-SKO <br><br> [PROPOSED] ORDER RE: UNITED STATES' REQUEST TO SEAL DOCUMENTS FILED IN SUPPORT OF MOTION RE REDACTED INDICTMENT |

Upon application of the United States of America and good cause having been shown,

IT IS HEREBY ORDERED that the (1) Motion and [Proposed] Order to Publically File Both a Redacted Version of the Indictment and Related Penalty Slip and to Unseal the Case for that Limited Purpose, (2) any order resulting therefrom, (3) the United States' Request to Seal and accompanying Declaration of Patrick R. Delahunty, and (4) and proposed order thereto. shall be filed under seal and shall not be disclosed to any person, unless otherwise ordered by this Court.

Dated: September 3, 2015

_____
Hon. Sheila K. Oberto
U.S. MAGISTRATE JUDGE

UNITED STATES' REQUEST TO SEAL DOCUMENTS    1