BENJAMIN B. WAGNER
United States Attorney
PATRICK R. DELAHUNTY
HENRY Z. CARBAJAL
Assistant United States Attorneys
2500 Tulare Street, Suite 4401
Fresno, CA   93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

SEALED

FILED
SEP 03 2015
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>JUAN ORTIZ RIVAS, ET AL,<br><br>Defendants. | CASE NO. 1:15-CR-233-LJO-SKO<br><br>MOTION AND [PROPOSED] ORDER TO PUBLICLY FILE BOTH A REDACTED VERSION OF THE INDICTMENT AND RELATED PENALTY SLIP AND TO UNSEAL THE CASE FOR THAT LIMITED PURPOSE |

The Grand Jury returned an indictment against the above captioned defendants in this case. Thereafter, the United States moved to seal the Indictment, along with its accompanying arrest warrants and penalty slips. The order was granted, and the case, including the Indictment, was sealed.

Thereafter, one defendant were arrested in Nevada. The United States anticipates that the arrested defendant will appear in the District of Nevada to be arraigned on the Indictment. For the

Order re: Indictment   1

limited purpose of facilitating his arraignment, while not disclosing the identity of the remaining at-large defendants, the United States moves, pursuant to Rule 6(e), for an order directing that the attached redacted version of the Indictment and the attached penalty slip be filed in the public record and that the case be unsealed for that limited purpose.  See Attachments 1 and 2.  These documents shall be docketed as separate events in the case's docket, rather than as a superseding indictment or a replacement of the already-filed Indictment.  The United States further requests that all other entries on the docket, including the unredacted Indictment and all other penalty slips and arrest warrants, remain sealed.

DATED: September 27, 2015          Respectfully submitted,

                                   BENJAMIN B. WAGNER
                                   United States Attorney

                           By      /s/ Patrick R. Delahunty
                                   PATRICK R. DELAHUNTY
                                   Assistant U.S. Attorney


IT IS SO ORDERED.

Dated: September 3, 2015    _____
                            U.S. Magistrate Judge