

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO. 1:15-CR-00233 LJO/SKO |
| | ) | |
| Plaintiff, | ) | ORDER TO UNSEAL INDICTMENT |
| | ) | |
| v. | ) | |
| | ) | |
| JUAN ORTIZ RIVAS ET AL., | ) | |
| | ) | |
| Defendants. | ) | |

Pursuant to the motion by the United States, IT IS HEREBY ORDERED that the Indictment, papers filed thereto, all other filings in this case, and the case itself be unsealed.

DATED: September 15, 2015

STANLEY A. BOONE
U.S. MAGISTRATE JUDGE