

FILED

SEP 15 2015

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO.  1:15-CR-00233 LJO/SKO |
| | ) | |
| Plaintiff, | ) | ORDER TO UNSEAL INDICTMENT |
| | ) | |
| v. | ) | |
| | ) | |
| JUAN ORTIZ RIVAS ET AL., | ) | |
| | ) | |
| Defendants. | ) | |
| ———————————————————— | ) | |

Pursuant to the motion by the United States, IT IS HEREBY
ORDERED that the Indictment, papers filed thereto, all other filings
in this case, and the case itself be unsealed.

DATED:   September 15, 2015

_____
STANLEY A. BOONE
U.S. MAGISTRATE JUDGE